UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 19-2551-DDP (KS)                                              Date: May 21, 2019

Title   _Fred Edward Williams v. CopyMat_

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|            Gay Roberson            |                                   |
|-------------------------------------|-----------------------------------|
|           Deputy Clerk              |      Court Reporter / Recorder    |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On April 4, 2019, Fred Edward Williams ("Plaintiff"), a California resident proceeding _pro se_ and _in forma pauperis_, filed a civil rights complaint alleging civil rights violations related to an employee at a South Los Angeles CopyMat asking Plaintiff to leave the premises. (Dkt. No. 1.)  On April 15, 2019, the Court dismissed the Complaint for failure to state a claim upon which relief could be granted and ordered Plaintiff to file either a First Amended Complaint or a Notice of Voluntary Dismissal within 21 days. (Dkt. No. 8.) Instead of filing a First Amended Complaint or Notice of Voluntary Dismissal, Plaintiff sent the Court a "response" in which he "advised" the Court that it lacked jurisdiction to dismiss the Complaint absent service and a motion to dismiss.  (Dkt. No. 9.) Two weeks have now passed since Plaintiff's First Amended Complaint was due, and Plaintiff has filed neither a First Amended Complaint nor a Notice of Voluntary Dismissal.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's prior orders.

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before May 31, 2019**, why the Court should not recommend that this action be dismissed for failure to prosecute.  Plaintiff may discharge this Order by filing:  (1) a request for an extension of time to file a First Amended Complaint and a declaration signed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 19-2551-DDP (KS)                                    Date: May 21, 2019

Title      *Fred Edward Williams v. CopyMat*

under penalty of perjury, explaining why he failed to comply with the Court's prior orders; or (2) a First Amended Complaint correcting the deficiencies identified in the Court's April 15, 2019 Order. Alternatively, if Plaintiff does not wish to pursue this action, he may dismiss the Complaint without prejudice by filing a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a).

**Plaintiff is advised that the failure to respond to this order will result in a recommendation of dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

The Clerk is directed to send Plaintiff a copy of the Central District's form Notice of Voluntary Dismissal (CV-09) and a copy of the Court's April 15, 2019 Order (Dkt. No. 8).

**IT IS SO ORDERED.**

                                                                                :
                                            **Initials of Preparer**   gr