JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED EDWARD WILLIAMS,<br>Plaintiff,<br>v.<br>COPYMAT, *et al*,<br>Defendants. | NO. CV 19-2551-DDP (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: 11-1-2019

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1